Case 2:08-cv-05598-JAG-MCA   Document 13   Filed 07/01/2009   Page 1 of 2
Case 2:08-cv-05598-JAG-MCA   Document 11   Filed 06/22/2009   Page 4 of 5
06/17/2009  11:55  2126084372   PETER QUAN LAW FIRM   PAGE 02/03
06/17/2009  12:45 FAX  973 595 0146   DeYoe LLC   ☒002/003

ACB-18,786/kab
June 16, 2009

DE YOE, HEISSENBUTTEL & BUGLIONE, LLC
401 Hamburg Turnpike, Suite 206
Wayne, New Jersey 07474-2449
(973) 595-6300—Facsimile (973) 595-0146
By: Albert C. Buglione (3515)

Attorneys for Defendants Passaic County, Passaic County Board of Chosen Freeholders, and Passaic County Sheriff's Department

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAU FONG LAM,<br><br>    Plaintiff,<br><br>vs.<br><br>PASSAIC COUNTY; PASSAIC COUNTY BOARD OF CHOSEN FREEHOLDERS; PASSAIC COUNTY SHERIFF'S DEPARTMENT; PATERSON POLICE DEPARTMENT; OFFICER MCELVEEN; OFFICER JOHN DOE I; OFFICER JOHN DOE II; OFFICER JOHN DOE III; OFFICER JOHN DOE IV; OFFICER JOHN DOE V<br><br>    Defendant(s). | Civil Action No.: 08-5598 (JAG)<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be, and it is hereby dismissed without costs against Passaic County, Passaic County Board of Chosen

Case 2:08-cv-05598-JAG-MCA   Document 13   Filed 07/01/2009   Page 2 of 2
06/17/2009  11:55   2125084372   PETER QUAN LAW FIRM   PAGE  03/03
Case 2:08-cv-05598-JAG-MCA   Document 11   Filed 06/22/2009   Page 5 of 5
06/17/2009 12:45 FAX  973 595 0146   Deyoe LLC   ☒003/003

Freeholders, Passaic County Sheriff's Department and be extended to: the Passaic County Prosecutor's Office, with prejudice. The plaintiff's claims against the other parties will remain active.

DATED: June 16, 2009

LAW OFFICES OF PETER QUAN, ESQ.

_[signature]_

PETER L. QUAN
Attorney for Plaintiff

DE YOE HEISSENBUTTEL & BUGLIONE, LLC
Attorney for Defendants,
Passaic County, Passaic County
Board of Chosen Freeholders and
Passaic County Sheriff's Department

BY: _[signature]_

ALBERT C. BUGLIONE
Attorney for defendants

SO ORDERED:

_[signature]_
JOSEPH A. GREENAWAY, JR.   U.S.D.J.
6-30-09

2