# JOEL M. MIKLACKI
## ATTORNEY AT LAW
ONE HOWE AVENUE
SUITE 301
PASSAIC, NEW JERSEY 07055

_____

(973) 779-3300
Fax   (973) 779-3330

**JOEL M. MIKLACKI, ESQ.**　　　　　　　　　　　　　　　　　　　**NEW YORK OFFICE**
MEMBER NEW JERSEY AND NEW YORK BARS

_____　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

**April Fronduto-Slavin, Esq.**　　　　　　　　　　　　[ ]   REPLY TO:   230 Hilton Avenue, Suite 17
MEMBER NEW JERSEY BAR　　　　　　　　　　　　　　　　　　　　　　HEMPSTEAD, NEW YORK 11550
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(516) 565-4123

September 28, 2009

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court of New Jersey
Martin Luther King, Jr. Federal Building & US Courthouse
50 Walnut Street
Newark, New Jersey 07102

　　　　Re:　Sau Fong Lam vs. City of Paterson
　　　　　　　Docket No.:   2:08-cv-5598 (JAG)

Dear Judge Arleo:

Please be advised that I represent Officer McElveen in connection with the above referenced matter. As you know, this case was previously dismissed. A review of my file indicates that although a Stipulation of Dismissal with Prejudice as to Officer McElveen and the City of Paterson was signed by the parties, same was inadvertently placed in my file and not filed with the court.

Accordingly, I have enclosed the Stipulation of Dismissal with Prejudice for Your Honor's signature.

Thank you in advance for your attention and courtesies in this regard.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Joel M. Miklacki

　　　　　　　　　　　　　　　　　　JOEL M. MIKLACKI

JMM/afs
Enc.
Cc:　All counsel (via e-filing)